

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00334-CR

**ANASTACIO MARTINEZ,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 21st District Court
### Burleson County, Texas
### Trial Court No. 15,623

## MEMORANDUM OPINION

Anastacio Martinez appealed his conviction for Driving While Intoxicated. He has now filed a motion to dismiss his appeal. The motion is signed by both Martinez and his attorney.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed October 9, 2019
Do not publish
[CR25]

